*November 14, 1944.*

HACKBARTH and wife, Respondents, vs. HARRY E. THUR, INC., Appellant.

CARL MILLER LUMBER COMPANY, Respondent, vs. HACKBARTH and others, Defendants: HARRY E. THUR, INC., Appellant.

For the appellant: *Harry E. Thur* of Milwaukee.

For the respondents Hackbarth: *E. V. Novotny* and *G. J. Kenehan,* both of Milwaukee.

*By the Court.*—The judgment in the consolidated actions appealed from is affirmed except as to the defendant Percy Wilson Mortgage & Finance Corporation, as to which the appeal has been dismissed.

ESTATE OF MOOK: PETERSON and wife, Respondents, vs. HOUNSELL and others, Appellants.

For the appellants: *Graves & Earll* of Prairie du Chien.

For the respondents: *C. B. Peterson* of Prairie du Chien.

*By the Court.*—Judgment affirmed.